**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| ANGEL PAREDES, JR | NO. 09-18962<br>JUDGE: Squires |
| DEBTOR | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION**

As you know, our firm represents Ocwen Loan Servicing, LLC in your Chapter 13 case number #09 B 18962. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of 05/27/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 02/2011 – 05/2011 monthly payments at $946.55 each | = $ | $3,786.20 |
| Suspense | =$ | ($311.79) |
| TOTAL | = $ | $3,474.41 |

Respectfully submitted,

/s/ Josephine J. Miceli
Attorney for Ocwen Loan Servicing, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-035289

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**